# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2028
Lower Tribunal No. 03-DR-000038

_____

LIGIA HERRERA,

Appellant,

v.

JUAN HERRERA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Lisa S. Porter, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Roy W. Foxall, of Roy W. Foxall, P.A., Fort Myers, for Appellant.

Reuben A. Doupé, of Coleman, Taylor, Klaus, Doupé, Diaz & Torrez, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED